AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 6:07-CV-6188

**XIAO LI,**                                                    Petitioner
v.

**ALBERTO GONZALES, ATTORNEY GENERAL et. al.,**

**Respondents.**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petitioner's petition for a writ of habeas corpus under U.S. C. section 2241 is dismissed as moot.

Date: September 27, 2007

RODNEY C. EARLY, CLERK

s/Rosemarie M. Eby
By: ROSEMARIE M. EBY
Deputy Clerk